```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 03214
   SHANDA MAGEE
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3041
```

---
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/13/08 and confirmed on 04/30/08.

   2.  The case was dismissed after confirmation, 10/10/2008.

   3.  The Debtor paid a total of $   1950.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 3022.60 | 110.14 | 1241.60 |
| REALTAX | SECURED | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1294.00 | 50.36 | 159.93 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL RECOVERY II | UNSECURED | NOT FILED | .00 | .00 |
| MAXIM MORTGAGE CORPORATI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4316.60 | .00 | .00 | .00 | 4316.60 |
| PRINCIPAL PAID | 1401.53 | .00 | .00 | .00 | 1401.53 |

```
INTEREST PAID              160.50          .00          .00          .00        160.50
TOTAL PAID                1562.03          .00          .00          .00       1562.03
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   3500.00 and was paid $     653.50  direct and $      278.58   through the plan.

The Trustee received $     109.39 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/14/09                      /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE